# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 15-08775 |
| | ) | |
| Cynthia Lee, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge A. Benjamin Goldgar |

## NOTICE OF MOTION

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Glenn Stearns, Ch. 13 Trustee: laushot_j@lisle13.com

*To the following persons or entities who were served via regular U.S. Mail:*

To all of the persons or entities on the attached service list.

    PLEASE TAKE NOTICE that on March 9, 2018, at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar at North Branch Court, 1792 Nicole Lane, Round Lake Beach, Illinois 60073 (or any other place posted, or before any other Judge who may be sitting in his place and stead), and present the attached **Motion to Expand Time to Allow Debtor to File Claim**, at which time and place you may appear.

                                                                     /s/ John J. Ellmann

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on February 15, 2018.

                                                                     /s/ John J. Ellmann

John J. Ellmann, A.R.D.C. #6257894
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100

Cynthia Lee
3075 Kathe Lane, Apt. A8
Waukegan, IL  60085


Chrysler Capital
P.O. BOX 961275
FORT WORTH, TX  76161


IRS
Internal Revenue Service
Kansas City, MO  64999


Illinois Department of Employment
Northern Region
260 East Indian Trail Road
Aurora, IL  60505-1733


AmeriCash Loans, L.L.C.
P.O. Box 184
Des Plaines, IL  60016


Quantum3 Group LLC as agent for
Galaxy Asset Purchasing LLC
PO Box 788
Kirkland, WA  98083-0788


Capital One, N.A.
c/o Becket and Lee LLP
POB 3001
Malvern, PA  19355-0701


Cavalry SPV I, LLC
500 Summit Lake Drive, Ste. 400
Valhalla, NY 10595


Atlas Acquisitions LLC
(American Web Loan)
294 Union St.
Hackensack, NJ  07601


Illinois Dept. of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL  60664-0338


MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC  29603-0368


Premier Bankcard, LLC
c/o Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN  56302-9617


Illinois Bell Telephone Company
% AT&T Services, Inc.
Karen A. Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921


CERASTES, LLC
c/o WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE. 400
SEATTLE, WA  98121


DLJ Mortgage Capital Inc.
c/o Select Portfolio Svc Inc.
Attn: Remittance processing
PO Box 65450
Salt Lake City, UT  84165-0450


Educational Credit Management Corporation
ECMC
PO BOX 16408
ST. PAUL, MN  55116-0408

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 15-08775 |
| | ) | |
| Cynthia Lee, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge A. Benjamin Goldgar |

## MOTION TO EXPAND TIME TO ALLOW DEBTOR TO FILE CLAIM

NOW COMES the Debtor, Cynthia Lee, by and through her attorneys, David M. Siegel and Associates, LLC, to present this Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On March 12, 2015, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, Glenn Stearns was appointed Trustee in this case, and the Chapter 13 plan was confirmed on July 31, 2015.

3. The deadline to file a proof of claim for all creditors (except a governmental unit) was July 20, 2015.

4. On July 29, 2015 Educational Credit Management Corporation (ECMC) filed Proof of Claim 16-1 for a $10,119.05 debt for student loans.

5. On August 11, 2017 the Trustee's motion to disallow the claim was granted because claim #16 was not timely filed.

6. The Debtor initially thought the student loans should not be paid through the plan as a "deferred" debt. But now she does want the claim of ECMC to be paid through this plan because the Debtor does not want payments on this non-dischargeable debt deferred or delayed during the pendency of the plan.

7. On February 15, 2018 the Debtor filed Proof of Claim 17 in the amount of $10,119.50 on

behalf of ECMC so that the claim will be paid through the plan.

WHEREFORE the Debtor prays this Honorable Court enter an order allowing claim 17 of Educational Credit Management Corporation (ECMC) and for other such relief as this Court deems just and proper.

Respectfully Submitted,

/s/ John J. Ellmann

John J. Ellmann A.R.D.C. #6257894
Attorney for the Debtors

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for the Debtor(s)
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-810